UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARLENE CAMPBELL, | Case No: C 09-2094 SBA |
| Plaintiff, | DISMISSAL ORDER |
| vs. | |
| S.F. CA. CITY HALL SUPERVISOR CITY AND COUNTY OF SF, CA, STATE AND USA, | |
| Defendant. | |

Plaintiff Arlene Campbell filed the instant action pro se, ostensibly against the San Francisco Board of Supervisors, along with a request to proceed in forma pauperis. On September 18, 2009, the Court dismissed Plaintiff's Complaint, which the Court found unintelligible, pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court granted Plaintiff leave to amend to cure the deficiencies in her complaint. Plaintiff's amended complaint was due by October 2, 2009. As of the date of this Order, no amended pleading or request for extension of time has been submitted to the Court. The Court's Order warned Plaintiff that the failure to file an amended complaint by the specified deadline would be deemed grounds for dismissal of the action without further leave to amend. Accordingly,

IT IS HEREBY ORDERED THAT the complaint is DISMISSED for the reasons stated in the Court's September 18, 2009 Order. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: October 13, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL,

      Plaintiff,

  v.

SAN FRANCISCO CALIFORNIA CITY HALL SUPERVISORS et al,

      Defendant.
_____/

Case Number: CV09-02094 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: October 13, 2009
                              Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk